Larry Donnell WASHINGTON *v.* STATE of Arkansas

626 S.W. 2d 361

Supreme Court of Arkansas
Opinion delivered January 11, 1982

PER CURIAM. Appellant, Larry Donnell Washington, by his attorney, has filed for a rule on the clerk.

His attorney, Richard W. Byrd, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

Justice PURTLE would grant the motion finding no fault on the part of counsel.